United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2171
_____

|  |  |  |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Mynor Eduardo Aguilar, | * | |
| | * | **[UNPUBLISHED]** |
| Appellant. | * | |

_____

Submitted: October 6, 1997
Filed: October 10, 1997

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.


Mynor Eduardo Aguilar, a Mexican national, pleaded guilty to being found in the United States without the Attorney General's permission, after having been previously arrested and deported, in violation of 8 U.S.C. § 1326(a). The district court[1] sentenced Aguilar to 21 months imprisonment and two years supervised release. On appeal, Aguilar raises a Fifth Amendment challenge to a condition of his supervised release

_____

[1]The HONORABLE MICHAEL JAMES DAVIS, United States District Judge for the District of Minnesota.

requiring him to report to the probation office within 72 hours of any re-entry into the United States following deportation. Because Aguilar failed to object at sentencing to this condition, we review his argument only for plain error, and find none. See United States v. Prendergast, 4 F.3d 560, 561 (8th Cir. 1993) (per curiam).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.